# SQUITIERI & FEARON, LLP

32 EAST 57TH STREET
12TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 421-6492
FAX: (212) 421-6553
www.sfclasslaw.com

NEW JERSEY OFFICE
2600 KENNEDY BOULEVARD
SUITE 1K
JERSEY CITY, NEW JERSEY 07306
TEL: (201) 200-0900
FAX: (201) 200-9008

MEMBERS OF THE FIRM
LEE SQUITIERI*
STEPHEN J. FEARON, JR.
*ADMITTED TO N.Y. & N.J. BARS

February 23, 2015

Clerk of the Court
United States Court of Appeals for the
 Second Circuit
40 Foley Square
New York, New York 10007

Re:  Tanasi v. New Alliance Bank
     14-1389cv

Dear Clerk:

On behalf of Appellee Patrick Tanasi I am submitting this letter pursuant to Rule 28(j) to advise the Court of a recent decision from the Eleventh Circuit Court of Appeals that addresses the points raised throughout Appellee's brief. The decision is *Stein v. Buccaneers Limited Partnership*, 772 F.3d 698 (2014). In particular, this decision addresses the points raised by Appellee at pages 18 - 19 of his brief and provides further support for the proposition that an unaccepted Rule 68 offer does not moot the claims of a plaintiff in a proposed class action. In the *Stein* decision the Eleventh Circuit noted that it was joining "the majority of circuits that have addressed the issue." 772 F.3d at 700.

I am attaching a copy of the *Stein* decision and I am copying counsel for all parties.

Sincerely,

Stephen J. Fearon, Jr.

SJF/cs
encl.

cc:  All Appellants' counsel – By Email
     Adina Rosenbaum, Esq. – By Email